AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:26-cv-03220

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* American River International, Ltd.
was received by me on *(date)* 10/1/2026 .

☐ I personally served the summons on the individual at *(place)* ______________________ on *(date)* __________ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* __________ , __________ , a person of suitable age and discretion who resides there, on *(date)* __________ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Patricia Kelly, Accounts Payable 2025 Lincoln Highway, Suite 110, Edison, NJ 08817 , who is designated by law to accept service of process on behalf of *(name of organization)* American River International, Ltd. on *(date)* 10/7/2026 4:48 PM ; or

I returned the summons unexecuted because __________ ; or

☐ Other *(specify)*:

My fees are $ ______ for travel and $ ______ for services, for a total of $ ______ .

I declare under penalty of perjury that this information is true.

Date: 10/7/2026

Dorian Padilla
*Server's signature*

89831

Dorian Padilla, Process Server
*Printed name and title*

411 NJ-17, Hasbrouck Heights, NJ 07604
*Server's address*

Additional information regarding attempted service, etc:
Patricia Kelly Gender: Female Race/Skin: White Age: 55 yrs. old Weight: 170 lb. Height: 5'4" Hair: Blonde Glasses: Other:

Documents Served: Summons in a Civil Action (10/1/2026), Notice, Complaint, Civil Cover Sheet